UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOAN REED, CYNTHIA REEVES, LEROY         :
REMME, TERESA RICH, CINDY RIFE,          :
MARILYN ROACH, DONALD ROBERSON,          :
CHERYL ROBERTS, K. ROCHE, LINDA          :
RUSSELL, ROSIE SANDERS, ROBYNN           :
SCHINKEWITZ, GLENN SCHOLZ, PAUL          :
SCHUELKE, BARBARA SCHULTZ, TIMOTHY       :
SEESE, BRENDA SERSHA, ROBERTA            :
SHERER, DEBORAH SHIFFLETT, WILLIAM       :
SIERER,                                  :
                                         :
        Plaintiffs.                      :   Civil Action
v.                                       :   No. 04-11280-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                    Respectfully submitted,
    Boston, Massachusetts

                                                 /s/Matthew J. Matule
                                               Matthew J. Matule (BBO #632075)
                                               SKADDEN, ARPS, SLATE,
Of Counsel:                                  MEAGHER & FLOM LLP
Barbara Wrubel                          One Beacon Street
Katherine Armstrong                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                   (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                               Boehringer Ingelheim Pharmaceuticals, Inc.