UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOAN REED, CYNTHIA REEVES, LEROY            :
REMME, TERESA RICH, CINDY RIFE,             :
MARILYN ROACH, DONALD ROBERSON,             :
CHERYL ROBERTS, K. ROCHE, LINDA             :
RUSSELL, ROSIE SANDERS, ROBYNN              :
SCHINKEWITZ, GLENN SCHOLZ, PAUL             :
SCHUELKE, BARBARA SCHULTZ, TIMOTHY          :
SEESE, BRENDA SERSHA, ROBERTA               :
SHERER, DEBORAH SHIFFLETT, WILLIAM          :
SIERER,                                     :
                                            :
        Plaintiffs.                         :   Civil Action
v.                                          :   No. 04-11280-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                 :
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS          :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,            :
                                            :
        Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
<u>**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**</u>

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 30, 2004                                         Respectfully submitted,
         Boston, Massachusetts

                                                              /s/Matthew J. Matule
                                                              Matthew J. Matule (BBO #632075)
                                                              SKADDEN, ARPS, SLATE,
Of Counsel:                                                     MEAGHER & FLOM LLP
Barbara Wrubel                                                One Beacon Street
Katherine Armstrong                                           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                         (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                Counsel for Defendant
                                                              Boehringer Ingelheim Pharmaceuticals, Inc.