UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JOAN REED, CYNTHIA REEVES, LEROY REMME, TERESA RICH, CINDY RIFE, MARILYN ROACH, DONALD ROBERSON, CHERYL ROBERTS, K. ROCHE, LINDA RUSSELL, ROSIE SANDERS, ROBYNN SCHINKEWITZ, GLENN SCHOLZ, PAUL SCHUELKE, BARBARA SCHULTZ, TIMOTHY SEESE, BRENDA SERSHA, ROBERTA SHERER, DEBORAH SHIFFLETT, WILLIAM SIERER,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11280-GAO

---

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

    Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 15, 2004  
      Boston, Massachusetts

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
Indevus Pharmaceuticals, Inc.